AUGUST 9, 1984

No. 82–2157. CENTRAL STATES, SOUTHEAST & SOUTHWEST AREAS PENSION FUND ET AL. *v.* CENTRAL TRANSPORT, INC., ET AL. C. A. 6th Cir. [Certiorari granted, 467 U. S. 1250.] Motion of petitioners to dispense with printing the joint appendix denied.

No. 83–297. ARMCO INC. *v.* HARDESTY, TAX COMMISSIONER OF WEST VIRGINIA, 467 U. S. 638. Appellant is requested to file a response to the petition for rehearing within 30 days.

No. 83–997. TRANS WORLD AIRLINES, INC. *v.* THURSTON ET AL. C. A. 2d Cir. [Certiorari granted, 465 U. S. 1065]; and

No. 83–1325. AIR LINE PILOTS ASSN., INTERNATIONAL *v.* THURSTON ET AL. C. A. 2d Cir. [Certiorari granted, 466 U. S. 926.] Motion of American Federation of Labor and Congress of Industrial Organizations for leave to file a brief as *amicus curiae* granted.

No. 83–1013. CHEMICAL MANUFACTURERS ASSN. ET AL. *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.; and

No. 83–1373. UNITED STATES ENVIRONMENTAL PROTECTION AGENCY *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL. C. A. 3d Cir. [Certiorari granted, 466 U. S. 957.] Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted.

No. 83–1045. UNITED STATES DEPARTMENT OF JUSTICE ET AL. *v.* PROVENZANO. C. A. 3d Cir. [Certiorari granted, 466 U. S. 926]; and

No. 83–5878. SHAPIRO ET AL. *v.* DRUG ENFORCEMENT ADMINISTRATION. C. A. 7th Cir. [Certiorari granted, 466 U. S. 926.] Motion of respondent in No. 83–1045 and petitioners in No. 83–5878 for divided argument granted.